# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MARCIA WIMBERLY,**

    Plaintiff,

vs.                                                    **CASE NO. 1:08CV109-SPM/AK**

**ELBERT A/K/A MICK ROYAL,**
et al,

    Defendants.

_____/

## O R D E R

    Presently before the Court is Motion to Withdraw as Attorney filed by Paul J. Martin and to substitute as counsel Enoch J. Whitney. (Doc. 36). For reasons unknown, this motion was just referred to the undersigned, but is herein **GRANTED**, and counsel of record for the Defendants Jennifer Valenzuela, Jim Smith, Jane McFarland, Mary Stover and Barbara Ross shall be Assistant Attorney General Enoch J. Whitney. Because of the court's delay in granting the substitution of counsel, Defendants may not have received a copy of Plaintiff's Motion to Compel filed on April 3, 2009. (Doc. 40). Consequently, Defendants shall have through **May 27, 2009**, to respond to the pending motion.

    **DONE AND ORDERED** this *13th* day of May, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**